IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION | Master File No. 06-CV-00826 (PSD) |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions. | Honorable Paul S. Diamond |

**INDIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
PROPOSED SETTLEMENTS WITH NORBORD INSUSTRIES INC.,
POTLATCH CORPORATION, TOLKO INDUSTRIES LTD.,
WEYERHAEUSER COMPANY AND LOUISIANA-PACIFIC CORPORATION**

Indirect Purchaser Plaintiffs hereby move the Court, pursuant to Rule 23 of the

Federal Rules of Civil Procedure, for final approval of the proposed settlements with

Norbord Industries Inc. ("Norbord"), Potlatch Corporation ("Potlatch"), Tolko Industries

Ltd. ("Tolko"), Weyerhaeuser Company ("Weyerhaeuser") and Louisiana-Pacific

Corporation ("Louisiana-Pacific"). Indirect Purchaser Plaintiffs also move for approval

of their proposed Plan of Distribution. In support of this Motion, Indirect Purchaser

Plaintiffs rely upon the accompanying memorandum of law, Declaration of Joseph M.

Fisher Reporting on Class Notice Program and Affidavit of David Pastor in Support of

Indirect Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with

Norbord Industries Inc., Potlatch Corporation, Tolko Industries Ltd., Weyerhaeuser

Company and Louisiana-Pacific Corporation, and Motion of Indirect Purchaser

Plaintiffs's Counsel for Attorneys Fees and Reimbursement of Litigation Expenses,

submitted herewith. Proposed Final Judgments and Orders granting final approval to the

Settlements with Norbord, Potlatch, Tolko, Weyerhaeuser and Louisiana-Pacific are

attached hereto as Exhibits A through E, respectively.  A proposed Order granting final

approval to the Plan of Distribution is attached hereto as Exhibit F.

Dated: November 10, 2008

Respectfully submitted,

s/ David Pastor
Kenneth G. Gilman
David Pastor
Daniel D'Angelo
**GILMAN AND PASTOR, LLP**
225 Franklin Street, 16th Floor
Boston, MA 02110
Tel: (617) 742-9700
Fax: (617) 742-9701

**Plaintiffs' Lead Counsel**

Robert C. Schubert
Willem F. Jonckheer
**SCHUBERT JONCKHEER KOLBE
&KRALOWEC LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: (415) 788-4220
FAx (415) 788-0161

Timothy D. Battin
Mark Schirmer
Nate Cihlar
**STRAUS & BOIES LLP**
4041 University Drive
Fairfax, VA  22030
Tel: (703) 764-8700
Fax: (703) 764-8704

Mario N. Alioto
Lauren C. Russell
**TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP**
2280 Union Street
San Francisco, CA  94123
Tel: (415) 563-7200
Fax: (415) 346-0679

**Plaintiffs' Co-Lead Counsel**

## CERTIFICATE OF SERVICE

I, David Pastor, hereby certify that on this 10th day of November, 2008, a true and correct copy of the foregoing Indirect Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with Norbord Industries Inc., Potlatch Corporation, Tolko Industries Ltd., Weyerhaeuser Company and Louisiana-Pacific Corporation has been duly served upon all counsel of record via CM/ECF.


s/ David Pastor
David Pastor