**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | Master File No. 06-CV-00826(PD)<br><br>Honorable Paul S. Diamond |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL**
**OF PROPOSED SETTLEMENTS WITH REMAINING DEFENDANTS,**
**APPROVAL OF PLAN OF ALLOCATION AND AWARD OF**
**ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND**
**INCENTIVE AWARDS FOR CLASS REPRESENTATIVES**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Direct Purchaser Plaintiffs, on behalf of themselves and the Litigation Class, hereby move for Orders granting final approval of the proposed settlements with Louisiana-Pacific Corporation, Weyerhaeuser Company, Potlatch Corporation, Norbord Industries, Inc., and Grant Forest Products Sales, Inc. and Grant Forest Products, Inc.; approval of the proposed Plan of Allocation; Class Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses; and Class Counsel's request for $25,000 in incentive awards for each class representative.   In support of this motion, Direct Purchaser Plaintiffs rely upon the memorandum of law and accompanying declarations and exhibits submitted herewith. Proposed Final Judgments and Orders are attached hereto.

Dated: November 10, 2008       By:     /s/ Jeffrey Corrigan
                                Eugene A. Spector
                                Jeffrey L. Kodroff
                                Jeffrey J. Corrigan

Jay S. Cohen
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300

*Lead Counsel for Direct Purchaser Plaintiffs*


By:    _/s/ William P. Butterfield_
         William P. Butterfield
         Patrick A. Tillou
         George F. Farah
         **COHEN, MILSTEIN, HAUSFELD &**
         **TOLL, P.L.L.C.**
         1100 New York Avenue. N.W.
         West Tower, Suite 500
         Washington, DC 20005-4699
         Tel:  (202) 408-4600

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of November, 2008, a true and correct copy of the foregoing Direct Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with Remaining Defendants, Approval of Plan of Allocation and Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards for Class Representatives was served upon all counsel of record via ECF.

       ___/s/ Jeffrey J. Corrigan_____
       Jeffrey J. Corrigan