IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION :<br><br>:<br><br>THIS DOCUMENT RELATES TO     :<br><br>ALL ACTIONS     :<br><br>:<br><br>:<br><br>: | Master File No. 06-826 (PSD) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

**PLEASE TAKE NOTICE THAT** Michael D. Hausfeld, Lead Counsel pursuant to

Order dated March 28, 2005, for Columbare, Inc., is now affiliated with Hausfeld LLP, and can

be contacted at the following address:

> **HAUSFELD LLP**
> 1146 19th Street, NW
> 5th Floor
> Washington, DC 20036
> (202) 579-1089

Please also take notice that William P. Butterfield, a former partner at Cohen, Milstein,

Hausfeld & Toll, PLLC and principal who handled the daily management of the litigation of the

above-captioned case, is now also affiliated with Hausfeld, LLP.

Dated: November 12, 2008                    Respectfully submitted,


                                    _____/s/_____
                                    Michael D. Hausfeld
                                    HAUSFELD LLP
                                    1146 19th Street, NW
                                    5th Floor
                                    Washington, DC 20036
                                    (202) 579-1089
                                    mhausfeld@hausfeldllp.com

-1-