IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION | Master File No. 06-826 (PSD) |
| THIS DOCUMENT RELATES TO | |
| ALL ACTIONS | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** Columbare, Inc. has substituted

Hausfeld LLP as its counsel in the above-captioned litigation, replacing

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Dated: November 12, 2008                Respectfully submitted,


_____/s/_____

Michael D. Hausfeld

Hausfeld LLP

1146 19th Street, NW

5th Floor

Washington, DC 20036

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE OSB ANTITRUST LITIGATION : 

:     Master File No. 06-826 (PSD)

THIS DOCUMENT RELATES TO :

ALL ACTIONS :

:

:

:

## **CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Substitution of Counsel has been served by ECF on all counsel of record and

BY OVERNIGHT MAIL on

Steven Toll
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500
Washington, DC 20005

on November 12, 2008.

___/s/_____

R.  Rosenberg