**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE OSB ANTITRUST LITIGATION** | ) | |
| | ) | |
| | ) | |
| | ) | **Master File No. 06-826** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL ACTIONS** | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

**AND NOW**, this 13th day of November, 2008, it is **ORDERED** that Cohen, Milstein, Hausfeld & Toll, PLLC shall respond to Plaintiffs' Motion for Substitution of Co-Lead Counsel (Doc. No. 918) by **Wednesday, November 19, 2008 at noon**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____
**Paul S. Diamond, J.**