IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAUSFELD LLP | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COHEN MILSTEIN SELLERS | : | NO. 06-CV-826 |
| & TOLL, PLLC | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of April, 2009, it is hereby ORDERED that the above-captioned case shall be entered as a related case to Sawbell Lumber Co. v. Louisiana-Pacific Corp, et al., No. 06-CV-00826.  The attorneys to be noticed in Hausfeld LLP v. Cohen Milstein Sellers & Toll, PLLC shall be:

John C. Keeney, Jr.
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street NW
Washington, DC 20004
202-637-5750 (T)
202-637-5910 (F)
jckeeney@hhlaw.com

Seth Rosenthal
Venable LLP
575 7th Street, NW
Washington, DC 20004
202-344-4000 (T)
202-344-8300 (F)
sarosenthal@venerable.com

Patrick Kittredge
400 Market Street, Suite 200
Philadelphia, PA 19106-2535
215-829-9900 (T)
215-829-9888 (F)
pkittredge@thorpereed.com


BY THE COURT:


/s/TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE