IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL HAUSFELD, et al.  : CIVIL ACTION
     Plaintiffs,   :
          :
   v.      :
          :
COHEN MILSTEIN SELLERS : NO. 06-CV-826
 & TOLL, PLLC    :
     Defendants  :

## **ORDER**

AND NOW, this 30th day of April, 2009, it is hereby ORDERED that the case caption

Hausfeld LLP v. Cohen Milstein Sellers & Toll, PLLC be amended as Michael Hausfeld, et al. v.

Cohen Milstein Sellers & Toll,PLLC.


        BY THE COURT:


         \s\ TIMOTHY R. RICE
         TIMOTHY R. RICE
         U.S. MAGISTRATE JUDGE