IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAUSFELD LLP                          :     CIVIL ACTION
      Plaintiffs,                    :
                                           :
      v.                             :
                                           :
COHEN MILSTEIN SELLERS                 :     NO. 06-CV-826
  & TOLL, PLLC                        :
      Defendants                     :

**ORDER**

AND NOW, this 31st day of July, 2009, it is hereby ORDERED that:

1.     The Clerk of Court will promptly establish an escrow account to retain the settlement award Hausfeld LLP received in the case, In re Int'l Air Transp. Surcharge Antitrust Litig., No. 06-cv-1793-CRB (N.D. Cal.).

2.     Hausfeld LLP shall pay $7,884,357.14, to the Clerk of Court, which the Clerk of Court will place in the escrow account.

3.     The Clerk of Court will issue funds from the escrow account as directed by the Court.

BY THE COURT:

 /s/ David R. Strawbridge, U.S.M.J. for
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE