IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAUSFELD LLP | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| COHEN MILSTEIN SELLERS | : | NO. 06-CV-826 |
|   & TOLL, PLLC | : | |
|     Defendants | : | |

## <u>ORDER</u>

AND NOW, this 14th day of August, 2009, it is hereby ORDERED that:

1.    The Clerk of Court shall release funds from the escrow account established in this matter.  Funds shall be released in the following manner:

    a.    $3,396,789.80 shall be released to Cohen, Milstein Sellers & Toll, PLLC. Cohen, Milstein Sellers & Toll, PLLC shall place this amount in reserve to pay the capital account balances due to Michael D. Hausfeld and Richard S. Lewis on December 31, 2009, and any fines and fees that may be imposed in the event of an adverse ruling in this matter.

    b.    $4,487,567.34 shall be released to Hausfeld LLP.  Hausfeld LLP shall place $2,083,433.83 of this amount in reserve, pending the Court's resolution of the dispute regarding the settlement award Hausfeld LLP

received in the case, <u>In re Int'l Air Transp. Surcharge Antitrust Litig.</u>, No.

06-cv-1793-CRB (N.D. Cal.).


BY THE COURT:


\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE