IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAUSFELD, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COHEN MILSTEIN SELLERS | : | NO. 06-CV-826 |
|   & TOLL, PLLC | : | |
|     Defendant | : | |

## ORDER

AND NOW, this 14th day of October, 2009, upon consideration of the parties' Joint Motion to Redact Private Financial Information from Post-Hearing Briefs and Hearing Transcripts (Doc. No. 1022), it is hereby ORDERED that the motion is GRANTED in part and DENIED in part for the reasons stated in the accompanying Memorandum Opinion.

    1.  The following redaction requests are granted:

        a.  back account information and wiring instructions on page 2 of Plaintiffs' Exhibit 24;

        b.  all redaction requests in Cohen Milstein Sellers & Toll, PLLC's Post-Trial Brief;

        c.  August 10, 2009 Transcript: requests on pages 129-31, and 208;

        d.  August 11, 2009 Transcript: requests on pages 23-25, 57-58, and 78-79;

        e.  August 12, 2009 Transcript: requests on pages 32, 78, 100, 113-14, and 117; and

        f.  August 13, 2009 Transcript: requests on pages 10, 16, 41, 43-44, 98-101, and page 42, line 2.

    2.  The parties shall file new post-hearing briefs with the above redactions.

3.  The parties shall submit, within ten (10) days, a proposed list of similar redactions to exhibits introduced at the August 10, 2009 through August 13, 2009 evidentiary hearing.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE