IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL HAUSFELD, et al.    :   CIVIL ACTION
         Plaintiffs,   :
               :
     v.         :
               :
COHEN MILSTEIN SELLERS  :   NO. 06-CV-826
  & TOLL, PLLC      :
         Defendants   :

## ORDER

AND NOW, this 30th day of November, 2009, after an evidentiary hearing held on August 10, 2009 through August 13, 2009, and upon consideration of the parties' proposed findings of fact and conclusions of law, it is hereby ORDERED:

1. Judgment is entered in favor of plaintiffs, Michael Hausfeld and Richard Lewis, and against defendant, Cohen Milstein Sellers & Toll, PLLC, with respect to the plaintiffs' capital account calculations.

Defendant is directed to pay plaintiffs one-half of their capital account balances by December 31, 2009, and the second half of their capital account balances by July 31, 2010. Michael Hausfeld's capital account balance is $4,018,446.75 and Richard Lewis' capital account balance is $705,517.57.

2. Judgment is entered in favor of defendant, Cohen Milstein Sellers & Toll, PLLC and against plaintiffs, Michael Hausfeld and Richard Lewis, with respect to the distribution of attorneys' fees awarded to Hausfeld LLP from the case, In re Int'l Air Transp. Surcharge Antitrust Litig., No. 06-1793 CRB (N.D. Cal.).

Plaintiffs are directed to wire $1,537,934.06 to defendant within 48 hours of this order.

3.  Both parties acted in bad faith and shall bear their own costs and fees.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE